No. 86–165. BROOKS ET AL. v. CHRYSLER CORP. C. A. D. C. Cir. Certiorari denied.

No. 86–169. DES VIGNES v. DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 86–171. DOTY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 86–174. MAHAN & ROWSEY, INC. v. OKLAHOMA NATURAL GAS. C. A. 10th Cir. Certiorari denied.

No. 86–176. KAKAVAS v. FLOTA OCEANICA BRASILEIRA, S. A. C. A. 2d Cir. Certiorari denied.

No. 86–178. FORMA v. COMMODITY FUTURES TRADING COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 86–183. ABALKHAIL v. CLAREMONT UNIVERSITY CENTER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–184. E. I. DU PONT DE NEMOURS & CO. v. GRASSELLI EMPLOYEES INDEPENDENT ASSOCIATION OF EAST CHICAGO, INC. C. A. 7th Cir. Certiorari denied.

No. 86–185. HEGHMANN v. CONNECTICUT. C. A. 2d Cir. Certiorari denied.

No. 86–188. SIMMONS ET AL. v. COMBS ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–191. THOMAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–192. TATE v. FISCHER STEEL CORP. C. A. 6th Cir. Certiorari denied.

No. 86–193. WRONKE v. MARSH, SECRETARY OF THE ARMY, ET AL. C. A. Fed. Cir. Certiorari denied.